UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK LEGARE RIDLEY,

                      Plaintiff,

    v.

JASON PINA, *et al*.

                      Defendants.

Case No. C20-1549 TSZ

ORDER DISMISSING CIVIL RIGHTS ACTION

      The Court, having reviewed Plaintiff's complaint, Plaintiff's supplemental complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objections were filed, and the remaining record, hereby finds and ORDERS as follows:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    Plaintiff's complaints (dkt. ## 3, 6) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a viable claim for relief under 42 U.S.C. § 1983. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 2nd day of March, 2021.

	_____
	THOMAS S. ZILLY
	United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2